IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMIE LYNN STROUD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:24-CV-822-WKW |
| | ) [WO] |
| JIMMY ABBOTT, | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of August, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE